# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL JEROME MOSBY, | : | PRISONER CIVIL RIGHTS |
| GDC ID 1065595, | : | 42 U.S.C. § 1983 |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:16-CV-4746-ODE-CMS |
| DEPUTY ILDEFONSO SOTO, | : | |
|    Defendant. | : | |

## FINAL REPORT AND RECOMMENDATION

By Order dated July 30, 2017, I concluded that state inmate Michael Jerome Mosby's complaint in this case failed to state any claim upon which relief might be granted. *See* [6]. I directed the Clerk to forward to Mosby a copy of this Court's § 1983 complaint form, and I ordered Mosby to file a more-carefully-drafted amended complaint within twenty-one days, if he wished to proceed further. *See id.* More than sixty days have passed, and Mosby has not submitted an amended complaint.

Accordingly I **RECOMMEND** that this case be **DISMISSED** because Mosby's original complaint failed to state any claim upon which relief might be granted, *see* 28 U.S.C. § 1915A, and he has declined the opportunity afforded him to file a more-carefully-drafted amended

complaint, *see generally Corsello v. Lincare*, 428 F.3d 1008, 1014 (11th Cir. 2005).

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO RECOMMENDED AND DIRECTED**, this 12th day of October, 2017.

_Catherine Salinas_
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE