IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
NOV 21 2017
James N. Hatten, Clerk
By: _____ Deputy Clerk

MICHAEL JEROME MOSBY,

 Plaintiff

v.

DEPUTY ILDEFONSO SOTO,

 Defendant

CIVIL ACTION FILE NO.
1:16-CV-4746-ODE-CMS

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Catherine M. Salinas filed October 12, 2017 [Doc. 7] ("R&R"). No objections have been filed.

In the R&R, Judge Salinas recommends that this case be dismissed. Specifically Judge Salinas found that Plaintiff's original complaint failed to state any claim upon which relief might be granted, and that Plaintiff has declined the opportunity afforded him to file an amended complaint.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is DISMISSED.

SO ORDERED, this 21 day of November, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE